UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| FREEPLAY MUSIC, LLC, | : |
| | : |
| | : Civil Action No. 1:18-cv-04346 - VEC |
| Plaintiff, | : |
| v. | : |
| | : |
| ZEE ENTERTAINMENT ENTERPRISES | : |
| LIMITED, ASIA TV USA LTD. (Delaware), ASIA | : JUDGE VALERIE CAPRONI |
| TV USA LTD. (Wyoming), EEVEE | : |
| MULTIMEDIA, INC., SLING TV LLC, DISH | : |
| NETWORK LLC, DISH NETWORK | : **NOTICE OF APPEARANCE OF** |
| CORPORATION and YUPP TV USA INC, | : **DANIEL M. MEIER** |
| | : |
| Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Please take notice that Daniel M. Meier, an attorney with the law firm of BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP, 39 Broadway, 25th Floor, New York, NY 10006-3039, is admitted to practice in this court and hereby enters his appearance as counsel in this action for Defendants Asia TV USA Ltd. (Delaware), Asia TV USA Ltd. (Wyoming), EEVEE Multimedia, Inc., Sling TV L.L.C., DISH Network L.L.C., DISH Network Corporation and YuppTV USA Inc.

Dated: September 5, 2018
         New York, New York

                                              Respectfully Submitted,

                                              *s/ Daniel M. Meier*
                                              Daniel M. Meier (DM-0328)
                                              BENESCH, FRIEDLANDER, COPLAN
                                              & ARONOFF LLP
                                              39 Broadway, 25th Floor
                                              New York, NY 10006-3039
                                              Telephone: (646) 798-8901
                                              Facsimile: (646) 798-8902
                                              dmeier@beneschlaw.com

*Attorney for Defendants Asia TV USA Ltd. (Delaware), Asia TV USA Ltd. (Wyoming), EEVEE Multimedia, Inc., Sling TV L.L.C., DISH Network L.L.C., DISH Network Corporation and YuppTV USA Inc.*

## CERTIFICATE OF SERVICE

I hereby certify and affirm that on September 5, 2018 a true and correct copy of the foregoing *Notice of Appearance* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*s/ Daniel M. Meier*
Daniel M. Meier (DM-0328)
*Attorney for Defendants Asia TV USA Ltd. (Delaware), Asia TV USA Ltd. (Wyoming), EEVEE Multimedia, Inc., Sling TV L.L.C., DISH Network L.L.C., DISH Network Corporation and YuppTV USA Inc.*

Dated:  New York, New York
        September 5, 2018